JOSEPH P. GERARDI *v.* ADMINISTRATOR,
UNEMPLOYMENT COMPENSATION ACT,
ET AL.

The application by the plaintiff for permission (1) to proceed without prepayment of entry and record fees and the posting of bond, and (2) to file typewritten briefs in the appeal from the Superior Court in Hartford County is denied.

*Joseph P. Gerardi,* pro se, in support of the motion.

Submitted December 31, 1971—decided January 4, 1972

VAL PREVEDINI *v.* MOBIL OIL CORPORATION

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*John J. Kenny* and *I. Milton Widem,* in support of the petition.

*Elliott B. Pollack,* in opposition.

Submitted December 23, 1971—decided January 19, 1972

CITY SAVINGS BANK OF BRIDGEPORT *v.* RAYMOND
LAWLER ET AL.

The motion by the United States of America for an extension of the time for the filing of briefs in the appeal from the Superior Court in Hartford County is granted provided its brief is filed on or before February 11, 1972.

*Richard L. Winter,* chief assistant United States attorney for the district of Connecticut, in support of the motion.